**SOUTHERN STATES MARKETING, INC., Appellant,**

v.

**COLOR ME MINE ENTERPRISES, INC., Appellee.**

Nos. 2011–1377, 91185327.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2012.

Kelley C. Herrin, Thompson, Slagle & Hannan, of Duluth, GA, argued for appellant. On the brief was Jefferson B. Slagle.

Bruce B. Brunda, Stetina, Brunda, Garred & Brucker, of Aliso Viejo, CA, argued for appellee.

LOURIE, DYK, and REYNA, Circuit Judges.

PER CURIAM.

## JUDGMENT

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**